NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE MAUREEN A. HOWARD

---

### 2014-1137

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 11/209,266.

---

## JUDGMENT

---

ROBERT R. AXENFELD, O'Kelly Ernst & Bielli, LLC, of Wilmington, Delaware, argued for appellant.

MICHAEL S. FORMAN, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were NATHAN K. KELLEY, Solicitor, and FRANCES M. LYNCH, Associate Solicitor. Of counsel was JEREMIAH HELM, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, BRYSON, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 13, 2014                         /s/  Daniel  E.  O'Toole
Date                                              Daniel E. O'Toole
                                                     Clerk of Court